IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHELLY THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIRST INVESTORS SERVICING | : | CIVIL ACTION NO. |
| CORPORATION, | : | 1:20-cv-0364-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Parties' Consent Motion to Stay Pending Individual Arbitration and Motion to Order Plaintiff to Arbitrate [Doc. 9]. Pursuant to the agreement of the parties, the Motion is **GRANTED** and the case is **STAYED** pending the conclusion of the individual arbitrations. The Court shall retain jurisdiction for the purpose of entering orders regarding the enforcement of the arbitration awards and/or approving settlements between the Parties. The Clerk is **DIRECTED** to administratively close the case.

**IT IS SO ORDERED** this 2nd day of March, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**